IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ALEXANDER COLE,<br><br>        Plaintiff,<br><br>  v.<br><br>THOMAS M. NIEDBALA, et al.,<br><br>        Defendants. | Civil No. 11-4707-RMB-KMW |

**ORDER**

It is this **11th** day of **February, 2013** ordered that the Court will hold a settlement conference on **March 19, 2013 at 1:30 p.m.** in Room 2040. Confidential Memoranda are due to the Court no later than **March 15, 2013**. Each party should submit a confidential memorandum to the Court via facsimile (856-757-6846), not to exceed 3 pages, summarizing the relevant facts, the respective legal positions, status of the case and the client's position on settlement. Trial Counsel and clients with full settlement authority must attend the conference. If the parties agree, clients with full settlement authority may appear by telephone if requested and approved by the Court in advance. Any party granted permission to appear for the settlement conference by telephone must be available by phone throughout the conference. If Trial Counsel and client with full settlement authority do not appear, or are unavailable by phone when needed, the settlement conference may be cancelled or re-scheduled and the non-compliant party and/or attorney may be sanctioned, which may include an assessment of the costs and expenses incurred by those parties who appeared as directed.

                                                    s/ Karen M. Williams
                                                    KAREN M. WILLIAMS
                                                    United States Magistrate Judge

cc: Hon. Renée Marie Bumb