UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY, CAMDEN VICINAGE

| | |
|---|---|
| ALEXANDER COLE, | CIVIL ACTION |
| Plaintiff, | NO. 11-4707 (RMB/KMW) |
| v. | STIPULATION OF DISMISSAL |
| THOMAS M. NIEDBALA, M.D.; SOUTH JERSEY RADIOLOGY ASSOCIATES, P.A.; JOHN W. MCGRATH, D.O., and VERNOSE & MCGRATH OTOLARYNGOLOGY ASSOCIATES, P.C., | |
| Defendants. | |

All matters in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and are hereby dismissed with prejudice and without costs against all parties. Plaintiff intends and expressly reserves the right to file a petition for an increased attorney's fee pursuant to N.J. Rule 1:21-1:21-7(f), and all parties agree that nothing in this stipulation shall be construed as dismissing or waiving, in whole or in part, plaintiff's rights under this rule.

KLINE & SPECTER

Dated: _____

By: _____
DAVID J. CAPUTO, ESQUIRE
*Attorney for Plaintiff*

Dated: 6-27-13

STAHL & DELAURENTIS, P.C.

By: _____
~~Charles C. Koernig, Esquire~~
~~Douglas Maute, Esquire~~
10 E. Clements Bridge Road
Runnemede, NJ 08078
*Attorneys for defendants Thomas M. Niedbala, M.D. and South Jersey Radiology Associates, P.A.*

Dated: _____

RONAN, TUZZIO & GIANNONE

By: _____
James Ronan, Esquire
One Hovchild Plaza
4000 Route 66
Suite 231
Tinton Falls, NJ 07753

*Attorneys for defendants John W. McGrath, D.O. and Vernose & McGrath Otolaryngology Associates, P.C.*